IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **LARRY W. LANIER,** | : | |
| Petitioner, | : | |
| vs. | : | **CIVIL ACTION 06-00438-CG-B** |
| **GRANT CULLIVER,** | : | |
| Respondent. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action is hereby dismissed without prejudice.

**DONE and ORDERED** this 15th day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE